IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN E. ANDERSON                                                                    PLAINTIFF

V.                              CASE NO. 5:19-CV-238-BSM-BD

ADAMS, *et al.*                                                                     DEFENDANTS

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Brian S. Miller. Mr. Anderson may file objections to this Recommendation if he disagrees with its findings or conclusions. If objections are filed, they should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Anderson may waive the right to appeal questions of fact.

**II.**   **Discussion**

Steven Anderson, formerly an inmate at the W.C. "Dub" Brassell Adult Detention Center, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #1) Mail sent to Mr. Anderson from the Court was returned as "undeliverable," with a notation that Mr. Anderson was "no longer at this facility." (#3, #4) Mr. Anderson has failed to inform the Court of his current address, as required for parties who are not represented by counsel. See Local Rule 5.5.

In an August 15, 2019 Order, Mr. Anderson was directed to notify the Court of his current address within 30 days. (#5) In that order, the Court specifically cautioned Mr. Anderson that his claims could be dismissed if he failed to update his address. To date, he has failed to comply with the Court's August 15 Order, and the time for responding has passed.

### III.   Conclusion

The Court recommends that Mr. Anderson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's August 15 Order and his failure to prosecute this lawsuit.

DATED this 17th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE