IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN E. ANDERSON                                            PLAINTIFF

V.                   CASE NO. 5:19-CV-238-BSM

ADAMS, *et al.*                                                  DEFENDANT

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 7] is adopted, and Steven Anderson's complaint [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED, this 14th day of January, 2020.

                                                                                               _____
                                                                              UNITED STATES DISTRICT JUDGE